UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81148-CIV-MARRA

INNOVATIVE PATENTED TECHNOLOGY, LLC.,

Plaintiff,

vs.

SAMSUNG ELECTRONICS CO., LTD and NOKIA CORPORATION,

Defendants.
_____/

**ORDER**

This cause is before the Court upon the Stipulation of Dismissal with Prejudice filed by Plaintiff Innovative Patented Technology, LLC and Defendant Nokia Corporation (DE 63). The Court has carefully reviewed the court file and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all claims presented by the Complaint and the counterclaims are dismissed with prejudiced as to each of these parties. Each party shall bear its own costs and attorney's fees.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 15th day of December 2008.

_____
KENNETH A. MARRA
United States District Judge